IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| RANDY D. MITCHELL,<br><br>                 Plaintiff<br>     VS.<br><br>OFFICER GIBBS,<br><br>                 Defendant | NO. 5:06-CV-378 (CAR)<br><br>PROCEEDINGS UNDER 42 U.S.C. §1983<br>BEFORE THE U. S. MAGISTRATE JUDGE |

**O R D E R**

On January 11, 2008, the undersigned issued an order denying plaintiff RANDY MITCHELL's motion seeking to file additional interrogatories. Tab #32. Plaintiff Mitchell has now filed a Motion for Reconsideration of that order. Tab #35.

Plaintiff's Motion for Reconsideration asks that he be able to ask one more question which he avers will prove that the defendant was untruthful in one of his previous answers. The undersigned finds that plaintiff's Interrogatory No. 33 appears to be reasonably calculated to lead to discovery of admissible evidence. Accordingly, plaintiff's Motion for Reconsideration is **GRANTED** but only to the extent that the defendant is directed to answer Interrogatory No. 33.[1] Defendant shall submit his response WITHIN TEN (10) DAYS.

SO ORDERED this 12th day of FEBRUARY, 2008.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE

---

[1] The undersigned considers all other requested interrogatories to have been withdrawn by plaintiff in his Motion for Reconsideration.